UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                PLAINTIFF,

ROBIN ARMITAGE,

                DEFENDANT,

CASE NUMBER: 17-11815
HON. George Caram Steeh

| O'Reilly Rancilio P.C. | ROBIN ARMITAGE |
| CRAIG S. SCHOENHERR, SR. (P32245) | Defendant |
| Attorney for Plaintiff | 5293 E Carpenter Rd |
| 12900 Hall Road, Suite 350 | Flint, MI 48506-4517 |
| Sterling Heights, MI 48313 | |

## **ORDER FOR ENTRY OF FINAL JUDGMENT BY CONSENT**

Pursuant to the stipulation entered by the parties,

IT IS HEREBY ORDERED that Judgment is entered in favor of the United States of America, and against defendant, ROBIN ARMITAGE in the sum of $28,726.52 principal of $20,322.09, current capitalized interest balance in the amount of $8.13, (and any costs that may be applicable) and interest at the legal rate from the date of October 4, 2017, which will be compounded annually pursuant to the provisions of 28 U.S.C. 1961(b) until paid in full.

2. The judgment debtor shall submit financial data to the plaintiff as specified by plaintiff on the anniversary date of this judgment for each year this

judgment remains unpaid; the judgment debtor shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence;

    (c) Plaintiff reserves the right to evaluate the updated financial data and consider any extra payments that may be have been made then adjust the periodic payment rate upward or downward accordingly, or to demand a lump sum payment if warranted by the judgment debtor's financial circumstances by the United States Attorney.

    3. The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number. Defendant shall provide such information to attention of Craig S. Schoenherr, Sr. at O'Reilly Rancilio P.C., 12900 Hall Road, Suite 350, Sterling Heights, MI 48313.

                                <u>s/George Caram Steeh</u>
                                George Caram Steeh
                                United States District Judge

Dated: October 4, 2017